IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRENCHTECH, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EFFICIENCY PRODUCTION, INC., | : | No. 15-6383 |
| Defendant. | : | |

# ORDER

AND NOW, this **10th** day of **February**, **2016**, upon consideration of Defendant's Motion to Dismiss or Transfer, Plaintiff's response thereto, Defendant's reply thereon, and Plaintiff's sur-reply thereto, and for the reasons provided in this Court's memorandum dated February 10, 2016, it is hereby **ORDERED** that:

1. The Motion (Document No. 4) is **GRANTED** in part and **DENIED** in part.

2. The action is **TRANSFERRED** to the United States District Court for the Western District of Michigan.

3. The motion to dismiss pursuant to Rule 12(b)(6) is **DENIED** as moot.

BY THE COURT:

**Berle M. Schiller, J.**